JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN SCOTT HOVARTER,<br><br>    Petitioner,<br><br>    v.<br><br>THE STATE OF CALIFORNIA et al.,<br><br>    Respondent. | No. ED CV 16-00930-SVW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: November 22, 2016

_____
STEPHEN V. WILSON
United States District Judge